IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NONEND INVENTIONS, N.V., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 2:15-cv-466-JRG-RSP |
| § | |
| APPLE. INC., ET AL., § | |
| § | |
| Defendants. § | |

### ORDER

Pending before the Court are Plaintiff's Objections to the Report and Recommendation. (Dkt. No. 646.) The Report (Dkt. No. 640) recommended finding that Plaintiff did not state a claim for pre-suit willful infringement. The Court has reviewed the objected-to portions of the Report and Recommendation *de novo* and finds the Report and Recommendation (Dkt. No. 640) should be **ADOPTED**. Accordingly, Plaintiff's Objections to the Report and Recommendation (Dkt. No. 646) are **OVERRULED** and Defendant's Motion to Dismiss (Dkt. No. 202) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

**So Ordered this**
**Mar 29, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE